USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARQUIS JACKSON,

                            Defendant.

19 Cr. 6-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       It is hereby ORDERED that the status conference scheduled for November 14, 2019 is ADJOURNED to **December 9, 2019**, at **12:00 p.m.**

       It is further ORDERED that the time between November 12, 2019 and December 9, 2019 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by taking such action outweigh the interests of the public and Defendant in a speedy trial because this will allow the parties to continue discussing a pretrial disposition of the case.

       The Clerk of Court is directed to terminate the motion at ECF No. 75.

       SO ORDERED.

Dated:  November 12, 2019
           New York, New York

_____
ANALISA TORRES
United States District Judge