

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019
```

December 5, 2019

**BY E-MAIL & ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *United States v. Marquis Jackson*, 19 Cr. 006 (AT)

Dear Judge Torres:

The Government writes to respectfully request an adjournment of the conference currently scheduled for **December 9, 2019 at 12:00 p.m**. The parties have been engaged in substantive plea discussions and are close to finalizing an agreement, and request the adjournment to do so. The Government therefore requests an adjournment to December 17, 2019.

Finally, the Government requests that time be excluded under the Speedy Trial Act through the date of the status conference pursuant to 18 U.S.C. § 3161(h)(7)(A) so that the parties can continue discussing a pretrial disposition of the case.

Counsel for Marquis Jackson consents to and joins these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ___/s/_____
Jacqueline Kelly, Danielle Sassoon,
& Lauren Schorr Potter
Assistant United States Attorneys
(212) 637-2456

GRANTED. The status conference scheduled for December 9, 2019 is ADJOURNED to **December 17, 2019**, at **2:00 p.m.** The time between December 9, 2019 and December 17, 2019 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by taking such action outweigh the interests of the public and Defendant in a speedy trial because this will allow the parties to continue discussing a pretrial disposition of the case.

SO ORDERED.

Dated: December 5, 2019
New York, New York

ANALISA TORRES
United States District Judge