USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/11/2020__

# O'NEILL / HASSEN

June 11, 2020

VIA ECF and Email
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Marquis Jackson,* 19 Cr. 006 (AT)

Dear Judge Torres:

We are the attorney representing Marquis Jackson in the above-captioned-matter. We write to request that Mr. Jackson be allowed an overnight stay with his sons to celebrate Father's Day. The government consents to the overnight stay.

Mr. Jackson has been working very hard, including significant overtime, at an Amazon warehouse. He lives in a small apartment with his parents with little space for recreation or space to play with his children. Mr. Jackson would like to take his children to a hotel, a few miles from where he lives, so he can bond with them and parent them. The hotel has a swimming pool which would give the young children a break from the monotony of quarantine and Mr. Jackson a little bit of personal time with his family.

The location is the Holiday Inn Express, at 2104 N Broad St in Meriden Connecticut, only a few miles from Mr. Jackson's home. The requested dates of the stay are the nights of June 12th and 13th.

We thank the Court for its attention to this matter.

Kind regards,

/s/

Grainne E. O'Neill
Abraham J. Hasssen
*Attorneys for Marquis Jackson*

GRANTED.

SO ORDERED.

Dated: June 11, 2020
       New York, New York

ANALISA TORRES
United States District Judge