**O'NEILL / HASSEN**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/30/2020
```

Jul

VIA ECF and Email
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Marquis Jackson,* 19 Cr. 006 (AT)

Dear Judge Torres:

We are the attorneys representing Marquis Jackson in the above-captioned-matter. We write with the consent of the government to request that Mr. Jackson's pre-trial conditions be adjusted so that he be removed from GPS monitoring and given a condition of daily check-ins.

Mr. Jackson is doing well on pretrial release. He works overnight at an Amazon shipping center often with significant overtime work. He remains close with his young son and parents him when he is off work. Throughout the pandemic, Mr. Jackson has been caring for his ailing parents by grocery shopping and running errands for them, to limit their potential exposure to the virus. Having the flexibility to continue these activities without pre-authorization from his pretrial officer will significantly assist him and his family.

Furthermore, Mr. Jackson has been continuing drug counseling and will have completed his program in a few weeks. Significantly, his pretrial officer recently resumed drug testing and Mr. Jackson's test was negative for all substances.

I thank the Court for its attention to this matter.

Kind regards,

/s/

Grainne E. O'Neill
Abraham J. Hasssen
*Attorney for Marquis Jackson*

GRANTED. The condition that Mr. Jackson be subject to GPS monitoring is REMOVED and the condition that he be subject to daily check-ins is ADDED.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge