**O'NEILL / HASSEN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2021

VIA ECF and Email
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Marquis Jackson,* 19 Cr. 6 (AT)

Dear Judge Torres:

I am writing about the pending in person sentencing in this case. Pursuant to the Court's order ECF Docket Number 197, I inquired more of Mr. Jackson and his family about their vaccination status. Counsel is fully vaccinated but the parent to an (unvaccinated) 3-year-old. Mr. Jackson's mother, who as we had earlier advised is vulnerable to COVID-19 due to her congenital lung issues, is not able to be vaccinated because of her kidney and dialysis issues. Mr. Jackson's father is not vaccinated, due to fears of the vaccine's interaction with his already suppressed immune system. He was recently released from the hospital because of his own kidney disorder. Mr. Jackson, and his partner are unvaccinated out of fear of the potential long-term effects of the vaccine. He also has a 7-month-old baby who is unvaccinated. Mr. Jackson's parents and partner would like the opportunity to appear personally in Court to support him and intend to come if the sentencing proceeds.

Mr. Jackson has continued to coach little league and abide by the terms of his release, including attending drug treatment classes. He is caring for his son full-time while his partner works at a dental clinic. When his son is a bit older, he intends to return to work, hopefully at Amazon again. I ask that we adjourn the sentencing until the new year when hopefully we can return to normalcy or at least minor children will be able to be vaccinated. The government does not consent to this request for an adjournment.

I thank the Court for its consideration of this matter. If we do proceed on the 4th of October there will be 3 unvaccinated adult spectators and one unvaccinated adult in the well of the courtroom.

GRANTED. The sentencing scheduled for October 4, 2021, is ADJOURNED to **January 12, 2022**, at **2:00 p.m.**

SO ORDERED.

Dated: September 30, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge