```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

MARQUIS JACKSON,

                              Defendant.

19 Cr. 6-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The sentencing scheduled for January 12, 2022, is ADJOURNED to **February 16, 2022**, at **2:00 p.m.**, and will proceed in person.

       In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

       https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

       All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

       SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge