UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           -against-

MARQUIS JACKSON,

                              Defendant.

USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2022_____

19 Cr. 6-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for February 16, 2022, is ADJOURNED to **February 23, 2022**, at **2:00 p.m.**, and will proceed in person.

      In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/covid-19-coronavirus.

      All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

      SO ORDERED.

Dated: February 7, 2022
           New York, New York

                                              ANALISA TORRES
                                       United States District Judge